Hon. James L. Robart
Hon. Theresa L. Fricke

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LATEIA MITCHELL and TARIK JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>Defendant. | No. 2:19-cv-00809-JLR-TLF<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

The Court, having reviewed the Parties' Stipulated Motion to Dismiss (Dkt. # 37), now enters the following Order: It is hereby Ordered that all claims alleged in Plaintiffs' Complaint are dismissed with prejudice, with each party bearing their own costs, and that the above-captioned lawsuit is dismissed with prejudice in its entirety.

There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.

IT IS SO ORDERED

Entered May 26, 2020

_____
Hon. James L. Robart
Hon. Theresa L. Fricke

ORDER ON STIPULATED MOTION TO DISMISS - 1
2:19-cv-00809-JLR-TLF
Mitchell - O-Dismiss.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944